FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0570

FRANKLIN S. & JANET L. TIEGS (PTE)
BAKER PRODUCE, INC.,

      Petitioners and Appellees,

STATE OF MONTANA, DEPARTMENT
OF REVENUE,

      Respondent and Appellant.

GRANT OF EXTENSION

Pursuant to Appellant's motion for extension of time to file its reply brief and Mont. R. App. P. 26(1), the Appellant is granted an extension of time until June 20, 2022, to prepare, file, and serve its reply brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2022